UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: )  BK No.:   18-34148
NEKIA FONZA, )
 )
 )  Chapter:  13
 )
 )  Honorable Carol A. Doyle
 )
Debtor(s) )

**ORDER GRANTING MOTION TO MODIFY PLAN POST-CONFIRMATION**

THIS MATTER coming to be heard on the motion of the Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notices having been given to the parties entitled thereto:

It is hereby ORDERED:

1) Debtor's Chapter 13 plan is modified in Part 3.1 to list the US Dept. of Housing and Urban Development in the amount of $34,170.53. The current installment payment of $0.00 will be paid by the Debtor.

2) Debtor's Chapter 13 plan is modified in Part 8.1 to state: 2) Trustee shall make no payments directly to the U.S. Dept. of Housing and Urban Development as the loan is not due.

Enter:

Dated:                                                                                           United States Bankruptcy Judge

**Prepared by:**
Christine H. Clar, ARDC #6202332
Attorney for the Debtor
DAVID M. SIEGEL & ASSOCIATES, LLC
790 Chaddick Drive
Wheeling, IL  60090
847/520-8100
davidsiegelbk@gmail.com